IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv-01054–MSK-KMT

LAKEVIEW RENOVATIONS, INC. dba NORTH AMERICAN PROPERTY SERVICES, INC.,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation, and
SHEILA DIDUCH,

      Defendants.

---

### MINUTE ORDER

---

This matter is before the court on the "Joint Motion to Amend Scheduling Order." (Doc. No. 53 ["Motion"], filed February 12, 2016.).  By this motion, the parties are requesting the court extend the deadlines for discovery, expert reports, and dispositive motions.  The Trial Preparation Order provides, "A request to extend the dispositive motion deadline more than 30 days beyond the deadline originally set in the initial Scheduling Order must show exceptional circumstances warranting the extension."  (Doc. No. 35 at 2.)  The parties have noted that three critical witnesses are suffering serious health issues and have been or will be out of their offices for significant periods of time in the foreseeable future.  The court finds that the parties have shown exceptional circumstances warranting the requested extensions.

Accordingly, the "Joint Motion to Amend Scheduling Order" (Doc. No. 53) is **GRANTED.**  The new relevant deadlines are as follows: Discovery cut-off is 6/8/16, Plaintiff's Expert Reports are due 4/19/16, Defendant's Expert and Rebuttal Expert Reports are due 5/11/16, Plaintiff's Rebuttal Expert Reports are due 5/25/16 and Dispositive Motions shall be filed no later than 7/8/16.

      Dated this 18th day of February, 2016.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge